FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| VENTOURA De'MON PHILLIPS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-98-B-3055-NE |
| | ) | |
| WARDEN RALPH HOOKS, DEPUTY WARDEN DAVID J. WISE, CHUCK WARREN, JAMES HAYES and CAPTAIN HUEY, | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on July 31, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915(e) and § 1915A. The plaintiff filed objections to the report and recommendation on August 22, 2000.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation and the objections thereto, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915(e) and § 1915A. A Final Judgment will be entered.

DATED this ___6th___ day of ___September___, 2000.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

